JOHN ALAN MEYER
Bar #225629
Meyer Law & Research Services
854 S. Kenneth Ave
Kerman, CA. 93630
Telephone: (559) 385-1565

Attorney for Defendant
Jesus Melgarejo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00198-LJO-SKO |
| Plaintiff, | ORDER ON PENDING DEFENSE MOTION TO FILE EXHIBIT(S) UNDER SEAL |
| vs. | DATE: 2/4/2019 |
| JESUS MELGAREJO, | TIME: 1:30 a.m. |
| Defendant. | JUDGE: Lawrence J. O'Neill |

There is a pending motion before the Court, brought by the Defendant Jesus Melgarejo to file exhibits in support of Defendant's motion to suppress a gun found in his backpack. GOOD CAUSE APPEARING, it is hereby ordered that Jesus Melgarejo is permitted to file the exhibits in support of the motion under seal.

IT IS SO ORDERED.

Dated: **November 6, 2018**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE

ORDER ON PENDING DEFENSE MOTION TO FILE EXHIBIT(S) UNDER SEAL