PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JESUS MELGAREJO,<br><br>                    Defendant. | CASE NO. 1:17-CR-00198-016<br><br>STIPULATION AND ORDER REGARDNG STATUS CONFERENCE<br><br>DATE: March 31, 2021<br>TIME: 2:00 P.M.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 31, 2021.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to April 7, 2021, to allow time for defense review of the discovery, investigation, and settlement discussions.

IT IS SO STIPULATED.

///

///

///

///

1

| | |
|---|---|
| Dated:  March 29, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  March 29, 2021 | /s/ JOHN MEYER<br>JOHN MEYER<br>Counsel for Defendant<br>JESUS MELGAREJO |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until April 7, 2021, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: __**March 29, 2021**__         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE