PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>JESUS MELGAREJO,<br><br>                          Defendant. | CASE NO. 1:17-CR-00198-016<br><br>STIPULATION AND ORDER TO CONINUE STATUS CONFERENCE<br><br>DATE: April 7, 2021, at 2:00 PM<br>TIME: 2:00 P.M.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on April 7, 2021, at 2:00 PM.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to April 21, 2021, at 2:00 PM, before the Honorable Stanley A. Boone, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | |
|---|---|
| Dated: April 5, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: April 5, 2021 | /s/ JOHN MEYER<br>JOHN MEYER<br>Counsel for Defendant<br>JESUS MELGAREJO |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until April 21, 2021 at 2:00 PM, before the Honorable Stanley A. Boone.

IT IS SO ORDERED.

Dated: **April 6, 2021**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE