PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MELGAREJO,<br><br>Defendant. | CASE NO. 1:17-CR-00198-016<br><br>STIPULATION AND ORDER TO CONINUE SENTENCING HEARING<br><br>DATE: May 14, 2021<br>TIME: 10:00 A.M.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for sentencing on May 14, 2021.

2. Defense counsel has a medical emergency that conflicts with the May 14, 2021 sentencing.

3. By this stipulation, initiated by the defense, the parties stipulate that the sentencing may be continued to May 21, 2021, at 10:00 AM, before the Honorable Dale A. Drozd. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

///

///

1

IT IS SO STIPULATED.

Dated:  May 12, 2021                    PHILLIP A. TALBERT
                                        Acting United States Attorney


                                        /s/ ANTONIO J. PATACA
                                        ANTONIO J. PATACA
                                        Assistant United States Attorney


Dated:  May 12, 2021                    /s/ JOHN MEYER
                                        JOHN MEYER
                                        Counsel for Defendant
                                        JESUS MELGAREJO

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the sentencing hearing be continued until May 21, 2021 at 10:00 AM, before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 12, 2021**

_____
UNITED STATES DISTRICT JUDGE